1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VINCENT MILLER,                     )        No. C 07-2619 RMW (PR)
                                    )
          Petitioner,               )        JUDGMENT
                                    )
   vs.                              )
                                    )
MIKE EVANS,                         )
                                    )
          Respondent.               )
_____ )

     The court has dismissed the instant petition for a writ of habeas corpus without

prejudice because petitioner's claims do not challenge the duration or legality of his

confinement or sentence under § 2254.  A judgment of dismissal without prejudice is

entered.  The clerk shall close the file.

     IT IS SO ORDERED.

DATED:   6/6/2007                       /s/ Ronald M. Whyte
                                       RONALD M. WHYTE
                                       United States District Judge

Judgment
P:\pro-se\sj.rmw\hc.07\Miller619jud              1

1   This is to certify that on _____6/7/2007_____, a copy of this
    ruling was mailed to the following:

2

3   Vincent Miller
    P-19243
4   Salinas Valley State Prison
    P.O. Box 1050
5   Soledad, CA  93960

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28